UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81019-CIV-BLOOM/VALLE

**GARRETT HEIM**, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

**IDI, INC.**, *et al.*,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Stipulation of Voluntary Dismissal, ECF No. [10], filed on September 10, 2015. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that:

1. The above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**.
2. Each party shall bear its own attorney's fees and costs.
3. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 10th day of September, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record